UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OVERJET, INC.<br><br>       Plaintiff,<br><br>  v.<br><br>VIDEAHEALTH, INC.,<br><br>       Defendant. | Case No.: 1:24-cv-10446-ADB |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to Federal Rule of Civil Procedure 41, the parties, by their respective attorneys, respectfully submit this joint stipulation to voluntarily dismiss the above-captioned action with prejudice.

    The parties shall bear their own attorneys' fees, costs and expenses in connection with this action.

Dated: December 19, 2025

Respectfully submitted,

SUNSTEIN LLP

*/s/ Kerry L. Timbers*
Kerry L. Timbers (BBO #552293)
Kevin R. Mosier (BBO #703739)
100 High Street, 20th Floor
Boston, Massachusetts 02110
ktimbers@sunsteinlaw.com
kmosier@sunsteinlaw.com
Telephone: (617) 443-9292
Facsimile: (617) 443-0004

*Attorneys for Overjet, Inc.*

COOLEY LLP

*/s/ Stephen R. Smith*
Stephen R. Smith (MA BBO# 628732)
Brendan J. Hughes (*pro hac vice*)
Samuel K. Whitt (*pro hac vice*)
Kayla E. Blaker (*pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
stephen.smith@cooley.com
bhughes@cooley.com
swhitt@cooley.com
kblaker@cooley.com

*Attorneys for VideaHealth, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, which was filed with the Court through the CM/ECF system on December 19, 2025, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                                        */s/ Stephen R. Smith*

                                                        Stephen R. Smith